DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE BAYER** and **DELIA BAYER,**
Appellants,

v.

**CITIMORTGAGE, INC.,**
Appellee.

No. 4D20-2739

[December 16, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. 16-6125 CACE (11).

Joseph E. Altschul of Joseph E. Altschul, LLC, Pembroke Pines; and Jonathan Kline and Joseph G. Paggi III of Jonathan Kline, P.A., Weston, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***